IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

Plaintiff

v.

Jitesh Thakkar

Defendant(s).

Case No. 18 CR 36
Judge Michael T. Mason

## ORDER

Arraignment proceedings held. Defendant acknowledges receipt of the Indictment; waives formal reading and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 3/2/18. Status hearing before Judge Gettleman set for 3/8/18 at 9:00 a.m. In the interest of justice, time is excluded from 2/22/18 to and including 3/8/18 pursuant to 18 USC 3161 (h)(7)(A)(B). Defendant shall continue to abide by the conditions of release imposed by the Court on 1/29/18. (X-T)

(00:10)

Date: 2/22/2018

Michael T. Mason
United States Magistrate Judge