UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-36 |
| v. | |
| JITESH THAKKAR, | Judge Robert W. Gettleman |
| Defendant. | |

**DEFENDANT JITESH THAKKAR'S MOTION FOR
AN EXTENSION OF TIME TO FILE DEFENSE MOTIONS**

Defendant Jitesh Thakkar respectfully moves this Court for an extension of time, to and including May 31, 2018, to file his defense motions in this case. In support thereof, Mr. Thakkar states as follows:

1. Mr. Thakkar requests an extension of time to file his defense motions in order to allow his counsel sufficient time to analyze search warrants and applications for search warrants that the Government recently provided pursuant to Mr. Thakkar's request, so counsel can determine whether defense motions based on those new materials are necessary.

2. On March 8, 2018, this Court directed Mr. Thakkar to file his defense motions by May 3, 2018. ECF Dkt. No. 26.

3. On March 5, 2018, the Government produced over 826,000 pages of documents, redacted copies of electronic devices, video files, and CME RAPID and ARMADA data to Mr. Thakkar, among other evidence. The Government's production included search warrant returns from service providers, including a search warrant return from Google, containing documents from email accounts associated with Mr. Thakkar and certain employees at his company, Edge Financial Technologies.

4. Mr. Thakkar's counsel undertook a diligent review of the more than 826,000 pages of documents the Government produced and determined that the Government did not produce the search warrants, applications, and affidavits obtained to collect four categories of documents in the Government's production, including the search warrant, application and affidavit to obtain documents from Google from the email accounts associated with Mr. Thakkar and certain employees at Edge Financial Technologies.

5. On April 19, 2018, Mr. Thakkar's counsel sent a letter to the Government requesting production of all search warrants, and all applications and affidavits in support of those search warrants, that the Government obtained to collect documents included in the Government's productions in this case.

6. On April 25, 2018, Mr. Thakkar's counsel received a letter from the Government indicating that the Government would provide the search warrants, applications, affidavits, and related materials Mr. Thakkar requested.

7. In order to allow Mr. Thakkar's counsel sufficient time to analyze the search warrants, applications, affidavits, and related materials provided by the Government and determine whether to bring any defense motions related to these materials, including a potential motion to suppress, Mr. Thakkar requests a 28-day extension of the deadline to file defense motions.

8. Prior to filing this motion, Mr. Thakkar's counsel reached out to the Government to see if they object to this requested extension of 28 days. The Government indicated that they oppose the request for a 28-day extension, but would not oppose a 14-day extension.

9. Because the original time for Mr. Thakkar to file his defense motions has not yet expired, this extension of time is permitted by Rule 45(b)(1)(A) of the Federal Rules of Criminal Procedure.

WHEREFORE, Defendant Jitesh Thakkar respectfully request that this Court enter an order extending the deadline to file defense motion to May 31, 2018 and granting such other and further relief as this Court deems proper.

Respectfully submitted,
THOMPSON COBURN, LLP

By: /s/ *Renato Mariotti*
    Renato Mariotti
    Holly Campbell
    THOMPSON COBURN LLP
    55 East Monroe St., 37th Floor
    Chicago, Illinois 60603
    (312) 346-7500
    rmariotti@thompsoncoburn.com
    hcampbell@thompsoncoburn.com

*Attorneys for Jitesh Thakkar*
