# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:18−cr−00036
Honorable Robert W. Gettleman

Jitesh Thakkar

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2018:

MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 5/1/2018. Defendant Thakkar's motion [27] for an extension of time to file his defense motions is granted. Defendant's motions due by 5/29/2018. Status set for 5/10/2018 is reset to 6/7/2018 at 9:00 a.m. By agreement, the Court deems the period of time from 5/1/2018 through 6/7/2018 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Excludable started Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.