# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

                Case No.: 1:18–cr–00036
                Honorable Robert W. Gettleman

Jitesh Thakkar

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 22, 2018:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 8/22/2018. For the reasons stated on the record, defendant's motion [31] to dismiss the indictment with prejudice or, in the alternative, for in camera review of the grand jury transcript and to strike prejudicial language from the indictment, is denied as to defendant's motion to dismiss for lack of notice of the charges and on statute of limitations grounds. The court reserves for trial defendant's request to redact the indictment. Defendant's motion [33] for production of Brady, Giglio, Rule 404(b), and Jencks Act material is granted in part and denied in part. The court finds good cause to require production of Brady, Giglio, Rule 404(b), and Jencks Act materials ninety (90) days prior to trial. The court further finds that if the agents are going to rely on their notes at trial, the government is to produce those notes to the defense. Voir Dire is set for 4/1/2019 at 9:30 a.m. The parties are to provide the court with a proposed set of jury instructions, a tentative list of witnesses and exhibits, and a statement of the case by 12/7/2018. Pre–trial conference set for 12/18/2018 at 10:30 a.m. By agreement, the Court deems the period of time from 8/22/2018 through 4/1/2019 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Excludable started Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.