UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JITESH THAKKAR

CASE NUMBER: 18 CR 36

Judge Robert W. Gettleman

## GOVERNMENT'S PRELIMINARY WITNESS LIST

The UNITED STATES OF AMERICA, by its undersigned counsel, respectfully submits the following Preliminary Witness List in the above-captioned case.

The Government may call the following witnesses in its case-in-chief at trial:

1. Irene Aldridge

2. Crystal Gilmer

3. Joel Hasbrouk

4. Richard Haynes

5. Special Agent Gregory LaBerta (FBI)

6. Special Agent A. Wesley Nevens (FBI)

7. Mitul Patel

8. Lisa B. Pinheiro

9. Special Agent Brent Potter (FBI)

10. Detective Constable Wendy Protheroe-Jones (New Scotland Yard)

11. Navinder Sarao

12. Daniel Wu

13. Mihran Yenikomshian

In addition, to the extent necessary, the Government may call records custodians from the following institutions:

14. CME Group, Inc.

15. Google, Inc.

16. JPMorgan Chase Bank, N.A.

17. Microsoft Corporation (Hotmail)

The Government respectfully reserves the right to call additional witnesses as needed and as additional information becomes available.

Dated:  December 7, 2018

Respectfully submitted,

SANDRA L. MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:      */s Michael T. O'Neill & Matthew F. Sullivan*
Michael T. O'Neill
Matthew F. Sullivan
Trial Attorneys
1400 New York Avenue, NW
Washington, D.C. 20530
(202) 616-1645 (O'Neill)
(202) 353-6200 (Sullivan)
Michael.T.ONeill@usdoj.gov
Matthew.Sullivan2@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael T. O'Neill, hereby certify that on December 7, 2018, I will cause the foregoing Government's Preliminary Witness List to be electronically filed with the Clerk of Court by using the Court's electronic CM/ECF filing system, which will automatically send a notice of electronic filing to all parties.

*/s    Michael T. O'Neill*
Michael T. O'Neill
Trial Attorney
U.S. Department of Justice
