UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JITESH THAKKAR | CASE NUMBER: 18 CR 36<br><br>Judge Robert W. Gettleman |

## GOVERNMENT'S PROPOSED STATEMENT OF THE CASE

The UNITED STATES OF AMERICA, by its undersigned counsel, respectfully submits the following Proposed Statement of the Case:

This is a criminal case in which the defendant, Jitesh Thakkar, has been charged with one count of conspiracy to commit spoofing and two counts of spoofing.

The defendant has pleaded not guilty to the charges.

Dated: December 7, 2018

            Respectfully submitted,

            SANDRA L. MOSER
            Acting Chief, Fraud Section
            Criminal Division
            U.S. Department of Justice

By:  */s Michael T. O'Neill & Matthew F. Sullivan*
    Michael T. O'Neill
    Matthew F. Sullivan
    Trial Attorneys
    1400 New York Avenue, NW
    Washington, D.C. 20530
    (202) 616-1645 (O'Neill)
    (202) 353-6200 (Sullivan)
    Michael.T.ONeill@usdoj.gov
    Matthew.Sullivan2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Michael T. O'Neill, hereby certify that on December 7, 2018, I will cause the foregoing Government's Proposed Statement of the Case to be electronically filed with the Clerk of Court by using the Court's electronic CM/ECF filing system, which will automatically send a notice of electronic filing to all parties.

                                                                                                                                /s Michael T. O'Neill
                                                                                                                           Michael T. O'Neill
                                                                                                                            Trial Attorney
                                                                                                                            U.S. Department of Justice