UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JITESH THAKKAR | CASE NUMBER: 18 CR 36<br><br>Judge Robert W. Gettleman |

# GOVERNMENT'S PRELIMINARY EXHIBIT LIST

The UNITED STATES OF AMERICA, by its undersigned counsel, respectfully submits this Preliminary Exhibit List in the above-captioned case. The government respectfully reserves the right to supplement or modify this preliminary submission as needed and as additional information becomes available.

Dated: December 7, 2018

Respectfully submitted,

SANDRA L. MOSER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   */s Michael T. O'Neill & Matthew F. Sullivan*
Michael T. O'Neill
Matthew F. Sullivan
Trial Attorneys
1400 New York Avenue, NW
Washington, D.C. 20530
(202) 616-1645 (O'Neill)
(202) 353-6200 (Sullivan)
Michael.T.ONeill@usdoj.gov
Matthew.Sullivan2@usdoj.gov

1

| Exhibits 1 through 140 ||||
|---|---|---|---|
| **Exhibit** | **Date** | **Description** | **Bates Number** |
| 1 | 2011.10.12 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855178 |
| 2 | 2011.10.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00419793 |
| 3 | 2011.10.27 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00418748 DOJ-00418750 |
| 4 | 2011.10.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00419861 |
| 5 | 2011.10.31 | Email from Amina Batata to Navinder Sarao et al. | DOJ-00419819 |
| 6 | 2011.11.02 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00420319 |
| 7 | 2011.11.03 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00747261 |
| 8 | 2011.11.04 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855182 |
| 9 | 2011.11.05 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00419234 |
| 10 | 2011.11.08 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855186 |
| 11 | 2011.11.10 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00747484 |
| 12 | 2011.11.10 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00415637 DOJ-00415638 |
| 13 | 2011.11.10 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855191 |
| 14 | 2011.11.11 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00747520 |
| 15 | 2011.11.11 | Email from Jitesh Thakkar to Navinder Sarao with Attachments | DOJ-00416798 DOJ-00416799 DOJ-00416800 DOJ-00416801 |
| 16 | 2011.11.11 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00416809 |
| 17 | 2011.11.11 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855194 |
| 18 | 2011.11.16 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00415580 |
| 19 | 2011.11.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00417188 |
| 20 | 2011.11.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855202 |
| 21 | 2011.11.18 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855205 |
| 22 | 2011.11.26 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855208 |
| 23 | 2011.11.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855211 |
| 24 | 2011.12.01 | Signed Consulting Agreement between Edge Financial Technologies, Inc. and Nav Sarao of London, UK | DOJ-00855810 |
| 25 | 2011.12.08 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855215 |
| 26 | 2011.12.09 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00417605 DOJ-00417606 |
| 27 | 2011.12.12 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855218 |
| 28 | 2011.12.14 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855222 |
| 29 | 2011.12.14 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855223 |
| 30 | 2011.12.23 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855225 |
| 31 | 2011.12.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855227 |
| 32 | 2011.12.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855228 |
| 33 | 2012.01.05 | Email from EchoSign to Jitesh Thakkar | DOJ-00855229 |
| 34 | 2012.01.05 | Email from EchoSign to Jitesh Thakkar | DOJ-00855230 |
| 35 | 2012.01.06 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855231 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 36 | 2012.01.09 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00855232 DOJ-00855233 |
| 37 | 2012.01.11 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00418349 |
| 38 | 2012.01.11 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855177 |
| 39 | 2012.01.23 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855235 |
| 40 | 2012.01.25 | Consulting Agreement between Edge Financial Technologies, Inc. and Nav Sarao of London, UK | DOJ-00855237 |
| 41 | 2012.01.25 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855240 |
| 42 | 2012.01.26 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00415570 DOJ-00415571 |
| 43 | 2012.01.26 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00415979 |
| 44 | 2012.01.26 | Email from Jitesh Thakkar to Navinder Sarao with Attachment | DOJ-00418418 DOJ-00418419 |
| 45 | 2012.01.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00417769 |
| 46 | 2012.01.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00418024 |
| 47 | 2012.01.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00691493 |
| 48 | 2012.01.31 | Email from Flavia Fasani to Navinder Sarao, Jitesh Thakkar, and Harinder Hundle | DOJ-00855252 |
| 49 | 2012.01.31 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855256 |
| 50 | 2012.02.02 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855260 |
| 51 | 2012.02.02 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855261 |
| 52 | 2012.02.03 | Email from Peter Lovell to Jitesh Thakkar, Navinder Sarao, et al. | DOJ-00855264 |
| 53 | 2012.02.04 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855266 |
| 54 | 2012.02.05 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855267 |
| 55 | 2012.02.06 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855270 |
| 56 | 2012.02.08 | Email from Navinder Sarao to Mitul Patel and Jitesh Thakkar with Attachments | DOJ-00415675 DOJ-00415676 DOJ-00415677 |
| 57 | 2012.02.08 | Email from Mitul Patel to Navinder Sarao with Attachment | DOJ-00416126 DOJ-00416127 |
| 58 | 2012.02.08 | Email from Mitul Patel to Navinder Sarao with Attachments | DOJ-00417564 DOJ-00417565 DOJ-00417570 |
| 59 | 2012.02.08 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855276 |
| 60 | 2012.02.08 | Email from Mitul Patel to Navinder Sarao | DOJ-00749739 |
| 61 | 2012.02.08 | Email from Mitul Patel to Navinder Sarao | DOJ-00749745 |
| 62 | 2012.02.10 | Email from Mitul Patel to Navinder Sarao with Attachment | DOJ-00416216 DOJ-00416217 |
| 63 | 2012.02.13 | Email from Navinder Sarao to Mitul Patel and Jitesh Thakkar | DOJ-00855282 |
| 64 | 2012.02.14 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00855285 |
| 65 | 2012.02.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00416018 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 66 | 2012.02.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855286 |
| 67 | 2012.02.27 | Email from Jitesh Thakkar to Navinder Sarao and Mitul Patel | DOJ-00855288 |
| 68 | 2012.03.07 | Email from Mitul Patel to Navinder Sarao with Attachment | DOJ-00415205 DOJ-00415206 |
| 69 | 2012.03.07 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00416891 |
| 70 | 2012.03.09 | Email from Mitul Patel to Navinder Sarao | DOJ-00416082 |
| 71 | 2012.03.09 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00418354 |
| 72 | 2012.03.12 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855292 |
| 73 | 2012.03.13 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855293 |
| 74 | 2012.03.21 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855295 |
| 75 | 2012.03.27 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00418233 |
| 76 | 2012.04.03 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00414895 |
| 77 | 2012.04.18 | Email from Navinder Sarao to Jitesh Thakkar and Mitul Patel | DOJ-00855316 |
| 78 | 2012.04.24 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855322 |
| 79 | 2012.05.01 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855332 |
| 80 | 2012.05.08 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00855338 |
| 81 | 2012.05.08 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00855339 |
| 82 | 2012.05.10 | Email from Navinder Sarao to Mitul Patel and Jitesh Thakkar | DOJ-00855343 |
| 83 | 2012.05.16 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855345 |
| 84 | 2012.05.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855348 |
| 85 | 2012.05.19 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00414730 |
| 86 | 2012.05.19 | Email from Mitul Patel to Navinder Sarao and Jitesh Thakkar | DOJ-00855349 |
| 87 | 2012.05.21 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855350 |
| 88 | 2012.06.29 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855373 |
| 89 | 2012.07.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855377 |
| 90 | 2012.07.30 | Email from Navinder Sarao to Mitul Patel and Jitesh Thakkar | DOJ-00855378 |
| 91 | 2012.10.02 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855392 |
| 92 | 2012.10.24 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855410 |
| 93 | 2012.10.31 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855419 |
| 94 | 2012.11.01 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855423 |
| 95 | 2012.11.12 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855426 |
| 96 | 2012.11.13 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855428 |
| 97 | 2012.11.19 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855440 |
| 98 | 2012.11.20 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855441 |
| 99 | 2012.11.20 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855445 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 100 | 2012.11.26 | Email from Navinder Sarao to Jitesh Thakkar with Attachment | DOJ-00661094 DOJ-00661099 |
| 101 | 2012.11.29 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855453 |
| 102 | 2013.01.11 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855465 |
| 103 | 2013.01.11 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855470 |
| 104 | 2013.02.27 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00633842 |
| 105 | 2014.12.16 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855557 |
| 106 | 2014.12.16 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855558 |
| 107 | 2014.12.17 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776636 |
| 108 | 2014.12.17 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776638 |
| 109 | 2014.12.18 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776720 |
| 110 | 2014.12.23 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776755 |
| 111 | 2014.12.23 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776759 |
| 112 | 2014.12.23 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776771 |
| 113 | 2014.12.29 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776801 |
| 114 | 2014.12.29 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776827 |
| 115 | 2014.12.29 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776836 |
| 116 | 2014.12.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776841 |
| 117 | 2014.12.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776848 |
| 118 | 2014.12.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776856 |
| 119 | 2014.12.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776869 |
| 120 | 2014.12.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00776883 |
| 121 | 2014.12.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00776902 |
| 122 | 2014.12.30 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855565 |
| 123 | 2015.01.05 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855563 |
| 124 | 2015.01.06 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00777053 |
| 125 | 2015.01.06 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855569 |
| 126 | 2015.01.06 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00855570 |
| 127 | 2015.01.09 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855572 |
| 128 | 2015.01.15 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00692031 |
| 129 | 2015.01.15 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00777310 |
| 130 | 2015.01.15 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00777311 |
| 131 | 2015.01.15 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00777312 |
| 132 | 2015.01.15 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00777313 |
| 133 | 2015.01.15 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855573 |
| 134 | 2015.03.30 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00778874 |
| 135 | 2015.04.05 | Email from Jitesh Thakkar to Navinder Sarao | DOJ-00779119 |
| 136 | 2015.04.07 | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855579 |
| 137 | Undated | Google Voice Calls between Navinder Sarao and Jitesh Thakkar | DOJ-00826980 |
| 138 | Undated | Google Voice Calls between Navinder Sarao and Jitesh Thakkar | DOJ-00826981 |
| 139 | Undated | Email from Navinder Sarao to Jitesh Thakkar | DOJ-00855554 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 140 | Undated | Signed Mutual Non Disclosure Agreement between | DOJ-00855809 |
| **Exhibits 200 through 283** | | | |
| Exhibit | Date | Description | Bates Number |
| 200 | 2011.11.04 | Email from Mitul Patel to Daniel Wu and Jitesh Thakkar with Attachment | DOJ-00691385 DOJ-00691386 |
| 201 | 2012.01.26 | Email from Mitul Patel to Jitesh Thakkar with Attachment | DOJ-00691482 DOJ-00691483 |
| 202 | 2012.01.24 | Email from Jitesh Thakkar to Mitul Patel with Attachment | DOJ-00749428 DOJ-00749429 |
| 203 | 2012.02.06 | Email from Mitul Patel to Jitesh Thakkar with Attachment | DOJ-00749694 DOJ-00749695 |
| 204 | 2011.11.03 | Chat between Mitul Patel and Jitesh Thakkar | DOJ-00855180 |
| 205 | 2011.11.03 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855181 |
| 206 | 2011.11.04 | Email from Mitul Patel to Daniel Wu and Jitesh Thakkar | DOJ-00706325 |
| 207 | 2011.11.04 | Email from Mitul Patel to Daniel Wu and Jitesh Thakkar | DOJ-00747288 |
| 208 | 2011.11.04 | Email from Mitul Patel to Daniel Wu and Jitesh Thakkar | DOJ-00855184 |
| 209 | 2011.11.04 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855185 |
| 210 | 2011.11.08 | Email from Jitesh Thakkar to Daniel Wu | DOJ-00855187 |
| 211 | 2011.11.08 | Email from Jitesh Thakkar to Daniel Wu | DOJ-00855188 |
| 212 | 2011.11.09 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855189 |
| 213 | 2011.11.10 | Chat between Mitul Patel and Jitesh Thakkar | DOJ-00855190 |
| 214 | 2011.11.10 | Chat between Daniel Wu and Jitesh Thakkar | DOJ-00855192 |
| 215 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706357 |
| 216 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706361 |
| 217 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706366 |
| 218 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747474 |
| 219 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747478 |
| 220 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747482 |
| 221 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747488 |
| 222 | 2011.11.10 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747491 |
| 223 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855195 |
| 224 | 2011.11.11 | Email from Jitesh Thakkar to Daniel Wu | DOJ-00855196 |
| 225 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706370 |
| 226 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706372 |
| 227 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747506 |
| 228 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747509 |
| 229 | 2011.11.11 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747512 |
| 230 | 2011.11.15 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855197 |
| 231 | 2011.11.15 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706376 |
| 232 | 2011.11.15 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706382 |
| 233 | 2011.11.15 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747574 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 234 | 2011.11.15 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747580 |
| 235 | 2011.11.15 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747587 |
| 236 | 2011.11.17 | Email from Jitesh Thakkar to Daniel Wu | DOJ-00855200 |
| 237 | 2011.11.18 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855204 |
| 238 | 2011.11.18 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855206 |
| 239 | 2011.11.23 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855207 |
| 240 | 2011.11.29 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855210 |
| 241 | 2011.12.02 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855213 |
| 242 | 2011.12.08 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855214 |
| 243 | 2011.12.09 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855217 |
| 244 | 2011.12.09 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747886 |
| 245 | 2011.12.12 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855219 |
| 246 | 2011.12.12 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706393 |
| 247 | 2011.12.12 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747898 |
| 248 | 2011.12.13 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00706395 |
| 249 | 2011.12.13 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00747933 |
| 250 | 2011.12.13 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855220 |
| 251 | 2011.12.13 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855221 |
| 252 | 2011.12.16 | Email from Daniel Wu to Jitesh Thakkar | DOJ-00855224 |
| 253 | 2012.01.26 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855243 |
| 254 | 2012.01.27 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855245 |
| 255 | 2012.01.28 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855246 |
| 256 | 2012.01.30 | Chat between Mitul Patel and Jitesh Thakkar | DOJ-00855247 |
| 257 | 2012.01.30 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855248 |
| 258 | 2012.01.31 | Email from Jitesh Thakkar to Mitul Patel | DOJ-00855255 |
| 259 | 2012.02.01 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855257 |
| 260 | 2012.02.02 | Chat between Mitul Patel and Jitesh Thakkar | DOJ-00855258 |
| 261 | 2012.02.02 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855259 |
| 262 | 2012.02.03 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855263 |
| 263 | 2012.02.06 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855268 |
| 264 | 2012.02.08 | Chat between Mitul Patel and Jitesh Thakkar | DOJ-00855273 |
| 265 | 2012.02.08 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855274 |
| 266 | 2012.02.09 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855277 |
| 267 | 2012.02.09 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855278 |
| 268 | 2012.02.09 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855279 |
| 269 | 2012.02.10 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855280 |
| 270 | 2012.02.12 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855281 |
| 271 | 2012.02.14 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855284 |
| 272 | 2012.03.02 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855289 |
| 273 | 2012.03.07 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855290 |
| 274 | 2012.10.15 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855399 |
| 275 | 2012.11.02 | Email from Mitul Patel to Jitesh Thakkar | DOJ-00855425 |
| 276 | 2012.11.30 | Email from Jitesh Thakkar to Daniel Wu | DOJ-00855458 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 277 | 2014.10.15 | Email from Jitesh Thakkar to Vivek Sharma with Attachments | DOJ-00857548<br>DOJ-00857549<br>DOJ-00857551<br>DOJ-00857566 |
| 278 | 2014.12.29 | Chat between Jitesh Thakkar and Zhouhou Lu | DOJ-00855562 |
| 279 | 2015.01.02 | Chat between Zhouhou Lu and Jitesh Thakkar | DOJ-00855566 |
| 280 | 2015.01.05 | Email from Zhouhao Lu to Jitesh Thakkar | DOJ-00855567 |
| 281 | 2015.01.06 | Email from Zhouhao Lu to Jitesh Thakkar | DOJ-00855583 |
| 282 | 2015.01.06 | Email from Zhouhao Lu to Jitesh Thakkar | DOJ-00855568 |
| 283 | Undated | Flow Chart for NavTrader | DOJ-00826988 |
| **Exhibits 300 through 303** | | | |
| Exhibit | Date | Description | Bates Number |
| 300 | Undated | Orderset.cs code | DOJ-00777096 |
| 301 | Undated | Join.cs code | DOJ-00777098 |
| 302 | Undated | Joinside.cs code | DOJ-00777101 |
| 303 | n/a | Decompiled NAVTrader programs (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706372, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747488, DOJ-00747491, DOJ-00747506, DOJ-00747509, DOJ-00747512, DOJ-00747520, DOJ-00747574, DOJ-00747580, DOJ-00747587, DOJ-00747898, DOJ-00747933) | [Forthcoming] |
| **Exhibits 400 through 401** | | | |
| Exhibit | Date | Description | Bates Number |
| 400 | 2011.10.31 | Edge Financial Technologies Inc JP Morgan Chase Bank Statement | DOJ-00702312 |
| 401 | 2012.01.31 | Edge Financial Technologies Inc JP Morgan Chase Bank Statement | DOJ-00702355 |
| **Exhibits 500 through 551** | | | |
| Exhibit | Date | Description | Bates Number |
| 500 | 2012.01.30 | Email from Jitesh Thakkar to Bart Chilton et al. | DOJ-00825916 |
| 501 | 2012.01.31 | Email from Jitesh Thakkar to Bart Chilton et al. | DOJ-00826083 |
| 502 | 2012.02.04 | Email from Jitesh Thakkar to Bart Chilton et al. | DOJ-00826085 |
| 503 | 2012.02.16 | Email from Jitesh Thakkar to Scott O'Malia et al. | DOJ-00826087 |
| 504 | 2012.03.07 | Email from Jitesh Thakkar to Scott O'Malia et al. with Attachment | DOJ-00826045<br>DOJ-00826049 |
| 505 | 2012.03.07 | Email from Jitesh Thakkar to Laura Gardy | DOJ-00849757 |
| 506 | 2012.03.09 | Email from Jitesh Thakkar to Laura Gardy et al. with Attachment | DOJ-00825901<br>DOJ-00825902 |
| 507 | 2012.03.20 | Letter from Scott O'Malia to Jitesh Thakkar | DOJ-00866357 |
| 508 | 2012.04.11 | Email from Jitesh Thakkar to JonMarc Buffa et al. | DOJ-00825526 |
| 509 | 2012.04.11 | Email from Jitesh Thakkar to JonMarc Buffa et al. | DOJ-00855309 |
| 510 | 2012.04.26 | Email from Joel Hasbrouck to Jitesh Thakkar et al. | DOJ-00855328 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 511 | 2012.05.09 | Email from Jitesh Thakkar to JonMarc Buffa et al. with Attachment | DOJ-00825493 DOJ-00825494 |
| 512 | 2012.05.17 | Email from Jitesh Thakkar to JonMarc Buffa with Attachment | DOJ-00865311 DOJ-00865313 |
| 513 | 2012.06.19 | Email from Bart Chilton to Jitesh Thakkar | DOJ-00855362 |
| 514 | 2012.08.06 | Email from Richard Haynes to Jitesh Thakkar et al. | DOJ-00855381 |
| 515 | 2012.08.21 | Email from Richard Haynes to Jitesh Thakkar et al. | DOJ-00855383 |
| 516 | 2012.10.12 | Email from Jitesh Thakkar to Richard Haynes, JonMarc Buffa, and Michael Mendelson with Attachment | DOJ-00825655 DOJ-00825656 |
| 517 | 2012.10.18 | Email from Jitesh Thakkar to Michael Mendelson with Attachment | DOJ-00864817 DOJ-00864818 |
| 518 | 2012.10.18 | Email from Jitesh Thakkar to Irene Aldridge and Joel Hasbrouck with Attachment | DOJ-00864831 DOJ-00864832 |
| 519 | 2012.10.22 | Email from Jitesh Thakkar to Keith Fishe with Attachments | DOJ-00864901 DOJ-00864902 DOJ-00864905 |
| 520 | 2012.10.23 | Email from Michael Mendelson to Jitesh Thakkar et al. | DOJ-00825313 |
| 521 | 2012.10.23 | Email from Jitesh Thakkar to Peter Reiss et al. with Attachment | DOJ-00825315 DOJ-00825316 |
| 522 | 2012.10.23 | Email from Jitesh Thakkar to Keith Fishe with Attachment | DOJ-00865101 DOJ-00865102 |
| 523 | 2012.10.25 | Email from Jitesh Thakkar to JonMarc Buffa and Richard Haynes with Attachment | DOJ-00825310 DOJ-00825311 |
| 524 | 2012.10.25 | Email from Jitesh Thakkar to JonMarc Buffa and Richard Haynes | DOJ-00855414 |
| 525 | 2012.10.25 | Email from JonMarc Buffa to Jitesh Thakkar et al. with Attachment | DOJ-00864568 DOJ-00864569 |
| 526 | 2012.10.25 | Email from Jitesh Thakkar to Keith Fishe with Attachment | DOJ-00864570 DOJ-00864572 |
| 527 | 2012.10.25 | Email from JonMarc Buffa to Jitesh Thakkar et al. | DOJ-00864576 |
| 528 | 2012.10.25 | Email from Jitesh Thakkar to Keith Fishe with Attachment | DOJ-00864578 DOJ-00864581 |
| 529 | 2012.10.25 | Email from JonMarc Buffa to Jitesh Thakkar et al. | DOJ-00864582 |
| 530 | 2012.10.25 | Email from Peter Reiss to Jitesh Thakkar et al. | DOJ-00864591 |
| 531 | 2012.10.25 | Email from Jitesh Thakkar to JonMarc Buffa and Richard Haynes with Attachment | DOJ-00864824 DOJ-00864827 |
| 532 | 2012.10.25 | Email from Jitesh Thakkar to Michael Mendelson with Attachment | DOJ-00864896 DOJ-00864897 |
| 533 | 2012.10.26 | Email from Jitesh Thakkar to Peter Reiss et al. | DOJ-00825295 |
| 534 | 2012.10.26 | Email from Jitesh Thakkar to JonMarc Buffa et al. with Attachment | DOJ-00825299 DOJ-00825300 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 535 | 2012.10.26 | Email from Richard Haynes to Jitesh Thakkar, Michael Mendelson and JonMarc Buffa | DOJ-00825301 |
| 536 | 2012.10.26 | Email from Jitesh Thakkar to Richard Haynes, Michael Mendelson and JonMarc Buffa | DOJ-00825302 |
| 537 | 2012.10.26 | Email from Richard Haynes to Jitesh Thakkar, Michael Mendelson and JonMarc Buffa | DOJ-00825303 |
| 538 | 2012.10.26 | Email from Richard Haynes to Jitesh Thakkar et al. with Attachment | DOJ-00825775 DOJ-00825776 |
| 539 | 2012.10.26 | Email from Jitesh Thakkar to Keith Fishe with Attachment | DOJ-00864520 DOJ-00864521 |
| 540 | 2012.10.26 | Email from Jitesh Thakkar to Richard Haynes, Michael Mendelson and JonMarc Buffa | DOJ-00864616 |
| 541 | 2012.10.26 | Email from Jitesh Thakkar to JonMarc Buffa et al. with Attachment | DOJ-00864634 DOJ-00864638 |
| 542 | 2012.10.26 | Email from Jitesh Thakkar to Keith Fishe with Attachment | DOJ-00864815 DOJ-00864816 |
| 543 | 2012.10.26 | Email from Jitesh Thakkar to Peter Reiss et al. with Attachments | DOJ-00864868 DOJ-00864869 DOJ-00864876 |
| 544 | 2012.10.28 | Email from Jitesh Thakkar to Peter Reiss et al. | DOJ-00825285 |
| 545 | 2012.10.28 | Email from Jitesh Thakkar to Richard Haynes et al. with Attachment | DOJ-00825619 DOJ-00825620 |
| 546 | 2012.10.28 | Email from Jitesh Thakkar to Richard Haynes et al. with Attachment | DOJ-00864664 DOJ-00864670 |
| 547 | 2012.10.28 | Email from Jitesh Thakkar to Peter Reiss et al. | DOJ-00864698 |
| 548 | 2012.10.30 | Email from Aravind Menon to Jitesh Thakkar et al. | DOJ-00855416 |
| 549 | 2012.11.01 | Email from Jitesh Thakkar to Andrei Kirilenko, JonMarc Buffa, and Richard Haynes | DOJ-00825268 |
| 550 | 2012.11.14 | Email from Jitesh Thakkar to Richard Haynes et al. | DOJ-00825261 |
| 551 | 2014.05.06 | Email from Jitesh Thakkar to Shonneice Jones | DOJ-00855534 |
| **Exhibits 600 through 613** | | | |
| Exhibit | Date | Description | Bates Number |
| 600 | 2011.10.06 | Email from Jitesh Thakkar to Bart Chilton | DOJ-00826044 |
| 601 | 2011.11.21 | Email from Jitesh Thakkar to Debbie Osborne and John Netto with Attachment | DOJ-00836164 DOJ-00836167 |
| 602 | 2012.02.03 | Email from Jitesh Thakkar to Anil Batra and Peter Lovell | DOJ-00749623 |
| 603 | 2012.02.06 | Email from Jitesh Thakkar to Anup Sharma | DOJ-00749691 |
| 604 | 2012.02.08 | Email from Jitesh Thakkar to Dr. Al Wee and sales@edgefinite.com | DOJ-00850239 |
| 605 | 2012.02.17 | Email from Jitesh Thakkar to John Netto with Attachment | DOJ-00850037 DOJ-00850038 |
| 606 | 2012.03.20 | Email from Jitesh Thakkar to John Netto | DOJ-00866181 |
| 607 | 2012.03.23 | Email from Jitesh Thakkar to Ron Zimmerman | DOJ-00866159 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 608 | 2012.03.26 | Email from Jitesh Thakkar to John Netto et al. | DOJ-00855301 |
| 609 | 2012.04.03 | Email from Jitesh Thakkar to Matthew Curtright et | DOJ-00866275 |
| 610 | 2012.05.02 | Email from Jitesh Thakkar to crandle@c2tg.com with Attachments | DOJ-00865430 DOJ-00865431 DOJ-00865453 |
| 611 | 2012.06.22 | Email from Jitesh Thakkar to crandle@c2tg.com with Attachments | DOJ-00865252 DOJ-00865253 DOJ-00865254 |
| 612 | 2012.12.02 | Statement of Work between Edge Financial Technologies and Beacon Logic, LLC | DOJ-00844432 |
| 613 | 2012.04.14 | Email from Jitesh Thakkar to Ron Zimmerman | DOJ-00866315 |
| **Exhibits 700 through 706** | | | |
| Exhibit | Date | Description | Bates Number |
| 700 | Undated | Redacted copy of electronic devices seized from Navinder Sarao's residence. | DOJ-00826957 |
| 701 | 2012.07.30 - 2012.08.02 2012.08.22 - 2014.06.02 | Order Manager Logs from 7/30/2012-8/2/2012 and 8/22/2012-6/2/2014: \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs | DOJ-00826957 |
| 702 | 2014.12.29 - 2015.03.08 | Order Manager Logs from 12/29/2014-3/8/2015: \MJM-CR-16 (Samsung USB3 1TB HDD)\NAVTrader_1_9 (1)\Debug\logs | DOJ-00826957 |
| 703 | 2013.02.25 | Log file for 2/25/2013: \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG | DOJ-00826957 |
| 704 | 2013.03.08 | Log file for 3/8/2013: \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.03082013.LOG | DOJ-00826957 |
| 705 | Undated | NAVTrader program: \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\NAVTrader.exe | DOJ-00826957 |
| 706 | Undated | NAVTrader program: \MJM-CR-16 (Samsung USB3 1TB HDD)\NAVTrader_1_9 (1)\Debug\NAVTrader.exe | DOJ-00826957 |
| **Exhibits 800 through 802-1J** | | | |
| Exhibit | Date | Description | Bates Number |
| 800 | 2013.02.25 | Video file "25th feb13 19.37.MTS" | DOJ-00826963 |
| 800-1 | 2013.02.25 | Clip of video file "25th feb13 19.37.MTS" | DOJ-00826963 |
| 800-1A | 2013.02.25 | Still of video file "25th feb13 19.37.MTS" at 0.02 seconds | DOJ-00826963 |
| 800-1B | 2013.02.25 | Still of video file "25th feb13 19.37.MTS" at 0.17 seconds | DOJ-00826963 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 800-1C | 2013.02.25 | Still of video file "25th feb13 19.37.MTS" at 0.43 seconds | DOJ-00826963 |
| 800-1D | 2013.02.25 | Still of video file "25th feb13 19.37.MTS" at 0.45 seconds | DOJ-00826963 |
| 800-1E | 2013.02.25 | Still of video file "25th feb13 19.37.MTS" at 0.45 seconds | DOJ-00826963 |
| 801 | 2013.02.25 | Video file "25th feb13 20.14.MTS" | DOJ-00826963 |
| 801-1 | 2013.02.25 | Clip of video file "25th feb13 20.14.MTS" | DOJ-00826963 |
| 801-1A | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.01 seconds | DOJ-00826963 |
| 801-1B | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.02 seconds | DOJ-00826963 |
| 801-1C | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.23 seconds | DOJ-00826963 |
| 801-1D | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.24 seconds | DOJ-00826963 |
| 801-1E | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.38 seconds | DOJ-00826963 |
| 801-1F | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.42 seconds | DOJ-00826963 |
| 801-1G | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.42 seconds | DOJ-00826963 |
| 801-1H | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.43 seconds | DOJ-00826963 |
| 801-1I | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.45 seconds | DOJ-00826963 |
| 801-1J | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 0.54 seconds | DOJ-00826963 |
| 801-1K | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.06 seconds | DOJ-00826963 |
| 801-1L | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.06 seconds | DOJ-00826963 |
| 801-1M | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.14 seconds | DOJ-00826963 |
| 801-1N | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.16 seconds | DOJ-00826963 |
| 801-1O | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.18 seconds | DOJ-00826963 |
| 801-1P | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.25 seconds | DOJ-00826963 |
| 801-1Q | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.28 seconds | DOJ-00826963 |
| 801-1R | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.29 seconds | DOJ-00826963 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 801-1S | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.29 seconds | DOJ-00826963 |
| 801-1T | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.31 seconds | DOJ-00826963 |
| 801-1U | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.32 seconds | DOJ-00826963 |
| 801-1V | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.37 seconds | DOJ-00826963 |
| 801-1W | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.38 seconds | DOJ-00826963 |
| 801-1X | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.39 seconds | DOJ-00826963 |
| 801-1Y | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 2.46 seconds | DOJ-00826963 |
| 801-1Z | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 2.46 seconds | DOJ-00826963 |
| 801-1AA | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 2.52 seconds | DOJ-00826963 |
| 801-1BB | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 2.53 seconds | DOJ-00826963 |
| 801-1CC | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 3.03 seconds | DOJ-00826963 |
| 801-1DD | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 3.16 seconds | DOJ-00826963 |
| 801-1EE | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 4.41 seconds | DOJ-00826963 |
| 801-1FF | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 4.44 seconds | DOJ-00826963 |
| 801-1GG | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.18 seconds | DOJ-00826963 |
| 801-1HH | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.33 seconds | DOJ-00826963 |
| 801-1II | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.33 seconds | DOJ-00826963 |
| 801-1JJ | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.36 seconds | DOJ-00826963 |
| 801-1KK | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.46 seconds | DOJ-00826963 |
| 801-1LL | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.46 seconds | DOJ-00826963 |
| 801-1MM | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 5.46 seconds | DOJ-00826963 |
| 801-1NN | 2013.02.25 | Still of video file "25th feb13 20.14.MTS" at 1.39 seconds | DOJ-00826963 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 802 | 2013.03.08 | Video file "8th March13 15.59.MTS" | DOJ-00826963 |
| 802-1 | 2013.03.08 | Clip of video file "8th March13 15.59.MTS" | DOJ-00826963 |
| 802-1A | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 00.08 seconds | DOJ-00826963 |
| 802-1B | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 01.25 seconds | DOJ-00826963 |
| 802-1C | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 01.40 seconds | DOJ-00826963 |
| 802-1D | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 01.44 seconds | DOJ-00826963 |
| 802-1E | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 01.45 seconds | DOJ-00826963 |
| 802-1F | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 01.46 seconds | DOJ-00826963 |
| 802-1G | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 03.13 seconds | DOJ-00826963 |
| 802-1H | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 03.15 seconds | DOJ-00826963 |
| 802-1I | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 04.05 seconds | DOJ-00826963 |
| 802-1J | 2013.03.08 | Still of video file "8th March13 15.59.MTS" at 06.22 seconds | DOJ-00826963 |
| **Exhibit 900 (for identification only)** | | | |
| Exhibit | Date | Description | Bates Number |
| 900 | 2009.12.07 - 2014.04.30  2010.01.01 - 2014.04.30  2009.01.01 - 2010.01.29 | CME RAPID and ARMADA data for the E-mini futures contract market from December 7, 2009 through April 30, 2014, order entry data for E-mini futures contracts from January 1, 2010 through April 30, 2014, and E-mini S&P futures market data files from January 1, 2009 to January 29, 2010. | DOJ-00826966 |

| Exhibits 1000 through 1017 | | | |
|---|---|---|---|
| Exhibit | Date | Description | Bates Number |
| 1000 | n/a | Demonstrative timeline of NAVTrader codes and related communications (e.g. DOJ-00415675, DOJ-00416798, DOJ-00417564, DOJ-00417605; DOJ-00747484, DOJ-00747520, DOJ-00749739, DOJ-00749745, DOJ-00706325, DOJ-00706357, DOJ-00706361, DOJ-00706366, DOJ-00706370, DOJ-00706372, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747288, DOJ-00747474, DOJ-00747478, DOJ-00747482, DOJ-00747488, DOJ-00747491, DOJ-00747506, DOJ-00747509, DOJ-00747512, DOJ-00747574, DOJ-00747580, DOJ-00747587, DOJ-00747886, DOJ-00747898, DOJ-00747933) | n/a |
| 1001 | n/a | Demonstrative excerpts of Navinder Sarao and Edge Financial communications regarding NAVTrader (e.g. DOJ-00417564; DOJ-00747484, DOJ-00706357, DOJ-00706361, DOJ-00706376, DOJ-00747288) | n/a |
| 1002 | n/a | F.R.E. 1006 summary of Join.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777098) | n/a |
| 1003 | n/a | F.R.E. 1006 summary description of Join.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777098) | n/a |
| 1004 | n/a | Demonstrative comparing Join.cs code with email communications (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777098) | n/a |
| 1005 | n/a | F.R.E. 1006 summary of JoinSide.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777101) | n/a |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 1006 | n/a | F.R.E. 1006 summary description of JoinSide.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777101) | n/a |
| 1007 | n/a | Demonstrative comparing JoinSide.cs code with email communications (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777101) | n/a |
| 1008 | n/a | F.R.E. 1006 summary of OrderSet.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777096) | n/a |
| 1009 | n/a | F.R.E. 1006 summary description of OrderSet.cs code (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777096) | n/a |
| 1010 | n/a | Demonstrative comparing OrderSet.cs code with email communications (e.g. DOJ-00416798; DOJ-00706366, DOJ-00706370, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747506, DOJ-00747512, DOJ-00777096) | n/a |
| 1011 | n/a | F.R.E. 1006 summary of order manager log files (e.g. DOJ-00826957 at file paths \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG; \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.03082013.LOG) | n/a |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 1012 | n/a | Demonstrative comparing C# codes to order manager log files (e.g. DOJ-00415675, DOJ-00416798, DOJ-00417564, DOJ-00417605; DOJ-00747484, DOJ-00747520, DOJ-00749739, DOJ-00749745, DOJ-00706325, DOJ-00706357, DOJ-00706361, DOJ-00706366, DOJ-00706370, DOJ-00706372, DOJ-00706376, DOJ-00706382, DOJ-00706393, DOJ-00706395, DOJ-00747288, DOJ-00747474, DOJ-00747478, DOJ-00747482, DOJ-00747488, DOJ-00747491, DOJ-00747506, DOJ-00747509, DOJ-00747512, DOJ-00747574, DOJ-00747580, DOJ-00747587, DOJ-00747886, DOJ-00747898, DOJ-00747933; DOJ-00826957 at file paths \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG; \MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.03082013.LOG) | n/a |
| 1013 | n/a | F.R.E. 1006 summary and illustration of back-of-book episodes on February 25, 2013 (e.g. DOJ-00826966; DOJ-00826958; DOJ-00826957) | n/a |
| 1014 | n/a | F.R.E. 1006 summary and illustration of back-of-book episodes on March 8, 2013 (e.g. DOJ-00826966; DOJ-00826958; DOJ-00826957) | n/a |
| 1015 | n/a | F.R.E. 1006 summary of relevant statistics of back-of-book episodes identified during the Relevant Period (e.g. DOJ-00826966; DOJ-00826958; DOJ-00826957) | n/a |
| 1016 | n/a | F.R.E. 1006 summary and analysis of price movements during back-of-book activations (e.g. DOJ-00826966; DOJ-00826958; DOJ-00826957) | n/a |
| 1017 | n/a | F.R.E. 1006 summary and analysis of price impact during back-of-book activations (e.g. DOJ-00826966; DOJ-00826958; DOJ-00826957) | n/a |
| **Exhibits 1100 through 1106** | | | |
| Exhibit | Date | Description | Bates Number |
| 1100 | 2009.01.26 | Email from Navinder Sarao to Michel Polder | DOJ-00000277 |
| 1101 | 2009.02.24 | Email from Navinder Sarao to Michel Polder | DOJ-00000283 |
| 1102 | 2009.12.16 | Email from Ben Plumstead to Navinder Sarao | DOJ-00683276 |
| 1103 | 2012.03.15 | Email from Navinder Sarao to hejman100@hotmail.com | DOJ-00418193 |
| 1104 | 2011.05.24 | Email from Navinder Sarao to Ben Plumstead | DOJ-00421267 |

| Exhibit | Date | Description | Bates Number |
|---|---|---|---|
| 1105 | 2011.10.12 | Email from Tom Sufleta to Navinder Sarao et al. | DOJ-00421319 |
| 1106 | 2011.10.12 | Email from Navinder Sarao to Michael Sanzo | DOJ-00421374 |
| **Exhibits 1200 through 1201-1** | | | |
| Exhibit | Date | Description | Bates Number |
| 1200 | 2017.09.12 | Audio Recording of FBI Interview with Jitesh Thakkar | DOJ-00826518 |
| 1200-1 | 2017.09.12 | Transcript of Audio Recording of FBI Interview with Jitesh Thakkar | [Forthcoming] |
| 1201 | 2017.12.21 | Audio Recording of FBI Interview with Jitesh Thakkar | DOJ-00826602 |
| 1201-1 | 2017.12.21 | Transcript of Audio Recording of FBI Interview with Jitesh Thakkar | [Forthcoming] |

## **CERTIFICATE OF SERVICE**

I, Michael T. O'Neill, hereby certify that on December 7, 2018, I will cause the foregoing Government's Preliminary Exhibit List to be electronically filed with the Clerk of Court by using the Court's electronic CM/ECF filing system, which will automatically send a notice of electronic filing to all parties.

                                                    */s    Michael T. O'Neill*
                                                    Michael T. O'Neill
                                                    Trial Attorney
                                                    U.S. Department of Justice