UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JITESH THAKKAR,<br><br>        Defendant. | Case No. 18-CR-36<br><br>Judge Robert W. Gettleman |

### JITESH THAKKAR'S PRELIMINARY WITNESS LIST

Pursuant to the Court's August 22, 2018 Order, Jitesh Thakkar provides the following preliminary witness list. Mr. Thakkar reserves the right to call additional witnesses as needed and as additional information becomes available.

    Irene Aldridge

    Hendrik Bessembinder

    Tayloe Draughon

    Joel Hasbrouk

    Michael Friedman

    Krishna Kesavan

    Michael Mendelson

    Marc Nagel

    John Netto

    Mitul Patel

    Rajeev Ranjan

    Navinder Sarao

Vivek Sharma

Jitesh Thakkar

Dipak Venkatesh

Vinesh Virani

Patrick Walsh

James Wood

Danqing Wu

All individuals listed on the government's witness list.

Dated: December 7, 2018					Respectfully submitted,

							By: /s/ *Renato Mariotti*
							    Renato Mariotti
							    Holly H. Campbell
							    THOMPSON COBURN LLP
							    55 East Monroe St., 37th Floor
							    Chicago, Illinois 60603
							    (312) 346-7500
							    rmariotti@thompsoncoburn.com
							    hcampbell@thompsoncoburn.com

							    *Attorneys for Jitesh Thakkar*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, the foregoing was filed electronically with the Clerk of the Court to be served upon all attorneys of record by operation of the Court's electronic filing system.

/s/ Renato Mariotti