**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-36 |
| v. | Judge Robert W. Gettleman |
| JITESH THAKKAR, | |
| Defendant. | |

## JITESH THAKKAR'S PRELIMINARY EXHIBIT LIST

Pursuant to the Court's August 22, 2018 Order, Jitesh Thakkar provides the following preliminary exhibit list. Mr. Thakkar reserves the right to add exhibits as needed and as additional information becomes available.

| EXHIBIT | BATES RANGE |
|---|---|
| Exhibit 10/4/2011 Email | DOJ-00418891 |
| Exhibit 1/31/2012 Email | DOJ-00749574 |
| Exhibit 2/2/2012 Email | DOJ-00749600 |
| Exhibit 2/2/2012 Email | DOJ-00415153-00415154 |
| Exhibit 2/2/2012 Email | DOJ-00749601 |
| Exhibit 2/14/2012 Email | DOJ-00418188 |
| Exhibit 3/29/2012 Email | EDGE 006957-006958 |
| Exhibit 4/10/2012 Email | EDGE 004827 |
| Exhibit 4/26/2012 Email | EDGE 006917 |
| Exhibit 5/8/2012 Email | DOJ-00755951-00755952 |
| Exhibit 6/19/2012 Email | EDGE 007042-007045 |
| Exhibit 10/26/2012 Email | EDGE 006657-006658 |
| Exhibit 10/29/2012 Email | EDGE 006708-006709 |
| Exhibit 10/31/2012 Email | EDGE 006617 |
| Exhibit 11/15/2012 Email | EDGE 006631 |
| Exhibit 12/5/2012 Email | EDGE 006641-006642 |
| Group Exhibit Changeset Alerts | EDGE 004749 |
| | EDGE 004761 |
| | EDGE 004778 |
| | EDGE 004780 |
| | EDGE 004797 |
| | EDGE 004802 |

|  | EDGE 004805 |
|---|---|
|  | EDGE 004806 |
|  | EDGE 004807 |
|  | EDGE 004811 |
|  | EDGE 004815 |
|  | EDGE 004816 |
|  | DOJ-00691484 |
|  | DOJ-00691485 |
|  | DOJ-00691512 |
|  | DOJ-00691527 |
|  | DOJ-00691528 |
|  | DOJ-00691529 |
|  | DOJ-00691530 |
|  | DOJ-00691531 |
|  | DOJ-00691532 |
|  | DOJ-00691542 |
|  | DOJ-00691549 |
|  | DOJ-00691590 |
|  | DOJ-00691613 |
|  | DOJ-00691671 |
|  | DOJ-00691687 |
|  | DOJ-00747711 |
|  | DOJ-00747942 |
|  | DOJ-00749478 |
|  | DOJ-00749524 |
|  | DOJ-00749698 |
|  | DOJ-00749757 |
|  | DOJ-00749759 |
|  | DOJ-00749762 |
|  | DOJ-00749763 |
|  | DOJ-00749764 |
|  | DOJ-00749765 |
|  | DOJ-00749828 |
|  | DOJ-00750640 |
|  | DOJ-00750679 |
|  | DOJ-00755421 |
|  | DOJ-00755991 |
|  | DOJ-00756156 |
|  | DOJ-00756232 |
|  | DOJ-00756304 |
| Group Exhibit Weekly Status Reports | DOJ-00706329 |
|  | DOJ-00706374 |
|  | DOJ-00706386 |
|  | DOJ-00706388 |
|  | DOJ-00706392 |
|  | DOJ-00706397 |

| | |
|---|---|
| | DOJ-00747294 |
| | DOJ-00747518 |
| | DOJ-00747523 |
| | DOJ-00747664 |
| | DOJ-00747665 |
| | DOJ-00747816 |
| | DOJ-00747890 |
| | DOJ-00747957 |
| | DOJ-00749543 |
| | DOJ-00749640 |
| | DOJ-00749793 |
| | DOJ-00750783 |
| | DOJ-00755486 |
| Group Exhibit Thakkar-Sarao Communications | DOJ-00746735 |
| | DOJ-00746842-00746843 |
| | DOJ-00746945-00746946 |
| | DOJ-00746947-00746949 |
| | DOJ-00746956-00746959 |
| | DOJ-00747018-00747021 |
| | DOJ-00747026-00747030 |
| | DOJ-00747056-00747060 |
| | DOJ-00747077 |
| | DOJ-00747124 |
| | DOJ-00747163 |
| | DOJ-00747168-00747169 |
| | DOJ-00747202-00747203 |
| | DOJ-00747204--00747206 |
| | DOJ-00747237-00747239 |
| | DOJ-00747255 |
| | DOJ-00747256 |
| | DOJ-00747261-00747262 |
| | DOJ-00747301-00747302 |
| | DOJ-00747430 |
| | DOJ-00747484 |
| | DOJ-00747495 |
| | DOJ-00747520 |
| | DOJ-00747620 |
| | DOJ-00747622 |
| | DOJ-00747637-00747638 |
| | DOJ-00747639-00747640 |
| | DOJ-00747734-00747735 |
| | DOJ-00747739 |
| | DOJ-00747768 |
| | DOJ-00747770-00747771 |
| | DOJ-00747882 |
| | DOJ-00747888 |

| | |
|---|---|
| | DOJ-00747907 |
| | DOJ-00747947 |
| | DOJ-00747956 |
| | DOJ-00747958 |
| | DOJ-00747982-00747983 |
| | DOJ-00747986-00747987 |
| | DOJ-00747994-00747995 |
| | DOJ-00748274 |
| | DOJ-00749173 |
| | DOJ-00749174 |
| | DOJ-00749180 |
| | DOJ-00749233 |
| | DOJ-00749373 |
| | DOJ-00749415 |
| | DOJ-00749440-00749442 |
| | DOJ-00749466 |
| | DOJ-00749467-00749467 |
| | DOJ-00749469 |
| | DOJ-00749511 |
| | DOJ-00749546 |
| | DOJ-00749549-00749550 |
| | DOJ-00749573 |
| | DOJ-00749577 |
| | DOJ-00749594-00749595 |
| | DOJ-00749596-00749597 |
| | DOJ-00749598-00749599 |
| | DOJ-00749601 |
| | DOJ-00749641 |
| | DOJ-00749658 |
| | DOJ-00749671 |
| | DOJ-00749679 |
| | DOJ-00749680-00749681 |
| | DOJ-00749682-00749683 |
| | DOJ-00749684-00749685 |
| | DOJ-00749686-00749687 |
| | DOJ-00749731 |
| | DOJ-00749754 |
| | DOJ-00749799-00749800 |
| | DOJ-00749827 |
| | DOJ-00749830-00749831 |
| | DOJ-00749949-00749950 |
| | DOJ-00750115 |
| | DOJ-00750120 |
| | DOJ-00750631 |
| | DOJ-00750632 |
| | DOJ-00750635 |

| | |
|---|---|
| | DOJ-00750681-00750682 |
| | DOJ-00750744 |
| | DOJ-00750747 |
| | DOJ-00750748 |
| | DOJ-00750769 |
| | DOJ-00750770-00750771 |
| | DOJ-00750772-00750773 |
| | DOJ-00750786-00750788 |
| | DOJ-00750803-00750805 |
| | DOJ-00750970-00750971 |
| | DOJ-00751002-00751003 |
| | DOJ-00751020-00751022 |
| | DOJ-00751023-00751026 |
| | DOJ-00751037-00751040 |
| | DOJ-00751250-00751253 |
| | DOJ-00751254-00751258 |
| | DOJ-00752238-00752242 |
| | DOJ-00755407 |
| | DOJ-00755417-00755420 |
| | DOJ-00755464-00755467 |
| | DOJ-00755499-00755502 |
| | DOJ-00755503-00755506 |
| | DOJ-00756165 |
| | DOJ-00756285-00756303 |
| | DOJ-00756357-00756378 |
| | DOJ-00762213 |
| | DOJ-00762746 |
| | DOJ-00762747 |
| | DOJ-00762751-00762752 |
| | DOJ-00763821 |
| | DOJ-00764075-00764075 |
| | DOJ-00764076-00764077 |
| | DOJ-00764104-00764105 |
| | DOJ-00764106-00764107 |
| | DOJ-00764127-00764129 |
| | DOJ-00764130-00764132 |
| | DOJ-00764268 |
| | DOJ-00764271 |
| | DOJ-00764286 |
| | DOJ-00764287 |
| | DOJ-00764316 |
| | DOJ-00764317-00764319 |
| | DOJ-00764326-00764329 |
| | DOJ-00764339-00764342 |
| | DOJ-00764357-00764361 |
| | DOJ-00764400-00764404 |

| | |
|---|---|
| | DOJ-00764423-00764427 |
| | DOJ-00764680-00764684 |
| | DOJ-00764693-00764697 |
| | DOJ-00764704-00764709 |
| | DOJ-00765032-00765037 |
| | DOJ-00765041-00765047 |
| | DOJ-00765050-00765056 |
| | DOJ-00765155-00765162 |
| | DOJ-00776562 |
| | DOJ-00776563 |
| | DOJ-00776564 |
| | DOJ-00776608 |
| | DOJ-00776609 |
| | DOJ-00776617-00776618 |
| | DOJ-00776627-00776628 |
| | DOJ-00776634-00776635 |
| | DOJ-00776636-00776637 |
| | DOJ-00776638-00776640 |
| | DOJ-00776641-00776643 |
| | DOJ-00776644-00776646 |
| | DOJ-00776720-00776722 |
| | DOJ-00776745-00776747 |
| | DOJ-00776755-00776758 |
| | DOJ-00776759-00776762 |
| | DOJ-00776763-00776766 |
| | DOJ-00776771-00776774 |
| | DOJ-00776801-00776804 |
| | DOJ-00776827-00776831 |
| | DOJ-00776836-00776840 |
| | DOJ-00776841-00776847 |
| | DOJ-00776848-00776854 |
| | DOJ-00776856-00776868 |
| | DOJ-00776869-00776882 |
| | DOJ-00776883-00776897 |
| | DOJ-00776902-00776927 |
| | DOJ-00776944 |
| | DOJ-00776945 |
| | DOJ-00776946 |
| | DOJ-00776952 |
| | DOJ-00776953-00776954 |
| | DOJ-00776987-00776988 |
| | DOJ-00776997-00776998 |
| | DOJ-00776999-00777000 |
| | DOJ-00777001-00777003 |
| | DOJ-00777009-00777011 |
| | DOJ-00777013-00777015 |

| | |
|---|---|
| | DOJ-00777024-00777026 |
| | DOJ-00777031 |
| | DOJ-00777032 |
| | DOJ-00777034 |
| | DOJ-00777035 |
| | DOJ-00777036-00777037 |
| | DOJ-00777042-00777043 |
| | DOJ-00777044-00777045 |
| | DOJ-00777049 |
| | DOJ-00777050-00777052 |
| | DOJ-00777053 |
| | DOJ-00777105-00777107 |
| | DOJ-00777108-00777110 |
| | DOJ-00777120-00777122 |
| | DOJ-00777123-00777126 |
| | DOJ-00777127-00777130 |
| | DOJ-00777145-00777148 |
| | DOJ-00777149-00777152 |
| | DOJ-00777153-00777157 |
| | DOJ-00777281-00777283 |
| | DOJ-00777284-00777286 |
| | DOJ-00777287-00777290 |
| | DOJ-00777291-00777294 |
| | DOJ-00777297-00777300 |
| | DOJ-00777301-00777304 |
| | DOJ-00777306-00777309 |
| | DOJ-00777310 |
| | DOJ-00777311 |
| | DOJ-00777312 |
| | DOJ-00777313 |
| | DOJ-00777314 |
| | DOJ-00778874-00778875 |
| | DOJ-00779119-00779120 |
| | DOJ-00779156-00779157 |
| Group Exhibit Patel-Sarao Communications | DOJ-00749739 |
| | DOJ-00749745 |
| | DOJ-00749754 |
| | DOJ-00749758 |
| | DOJ-00749766 |
| | DOJ-00749777 |
| | DOJ-00749779 |
| | DOJ-00749780 |
| | DOJ-00749781 |
| | DOJ-00749785-00749786 |
| | DOJ-00749787-00749788 |
| | DOJ-00749789-00749790 |

| | |
|---|---|
| | DOJ-00749791--00749792 |
| | DOJ-00749799-00749800 |
| | DOJ-00749805-00749807 |
| | DOJ-00749808-00749810 |
| | DOJ-00749811-00749813 |
| | DOJ-00749814-00749816 |
| | DOJ-00749817-00749819 |
| | DOJ-00749820-00749822 |
| | DOJ-00749823-00749826 |
| | DOJ-00749829 |
| | DOJ-00750115 |
| | DOJ-00750641-00750642 |
| | DOJ-00750651-00750652 |
| | DOJ-00750670-00750671 |
| | DOJ-00750672-00750673 |
| | DOJ-00750674 |
| | DOJ-00750680 |
| | DOJ-00750970-00750971 |
| | DOJ-00751002-00751003 |
| | DOJ-00751004-00751005 |
| | DOJ-00751020-00751022 |
| | DOJ-00755943 |
| | DOJ-00755950 |
| | DOJ-00755951-00755952 |
| | DOJ-00755953-00755955 |
| | DOJ-00755994-00755996 |
| | DOJ-00756002-00756004 |
| | DOJ-00756051-00756053 |
| | DOJ-00756054-00756057 |
| | DOJ-00756058-00756062 |
| | DOJ-00756158-00756162 |
| | DOJ-00756178-00756182 |
| | DOJ-00756183-00756189 |
| | DOJ-00756193-00756199 |
| | DOJ-00756207-00756212 |
| | DOJ-00756213-00756220 |
| | DOJ-00756221-00756228 |
| | DOJ-00756235-00756243 |
| | DOJ-00756246-00756255 |
| | DOJ-00756256-00756267 |
| | DOJ-00756268-00756284 |
| | DOJ-00756306-00756325 |
| | DOJ-00756326-00756345 |
| | DOJ-00762746 |
| | DOJ-00762749-00762750 |
| | DOJ-00762753-00762754 |

|  | DOJ-00776562 |
|---|---|
| Group Exhibit CFTC Technology Advisory Committee Communications | Edge 0015160 |
|  | EDGE 000587 |
|  | EDGE 000651 |
|  | EDGE 006143 |
|  | EDGE 006308 |
|  | EDGE 006309 |
|  | EDGE 006327 |
|  | EDGE 006448 |
|  | EDGE 002970 |
|  | EDGE 006617 |
|  | EDGE 006618 |
|  | EDGE 006619 |
|  | EDGE 006620 |
|  | EDGE 006621 |
|  | EDGE 006622 |
|  | EDGE 006623 |
|  | EDGE 006624 |
|  | EDGE 006625 |
|  | EDGE 006626 |
|  | EDGE 006627 |
|  | EDGE 006628 |
|  | EDGE 006629 |
|  | EDGE 006630 |
|  | EDGE 006631 |
|  | EDGE 006665 |
|  | EDGE 006667 |
|  | EDGE 006669 |
|  | EDGE 006671 |
|  | EDGE 006672 |
|  | EDGE 006674 |
|  | EDGE 006675 |
|  | EDGE 006678 |
|  | EDGE 006679 |
|  | EDGE 006680 |
|  | EDGE 006681 |
|  | EDGE 006682 |
|  | EDGE 006683 |
|  | EDGE 006684 |
|  | EDGE 006685 |
|  | EDGE 006687 |
|  | EDGE 006689 |
|  | EDGE 006690 |
|  | EDGE 006691 |
|  | EDGE 006692 |
|  | EDGE 006693 |

| | |
|---|---|
| | EDGE 006695 |
| | EDGE 006696 |
| | EDGE 006697 |
| | EDGE 006698 |
| | EDGE 006699 |
| | EDGE 006700 |
| | EDGE 006701 |
| | EDGE 006703 |
| | EDGE 006704 |
| | EDGE 006705 |
| | EDGE 006706 |
| | EDGE 006707 |
| | EDGE 006708 |
| | EDGE 006710 |
| | EDGE 006711 |
| | EDGE 006712 |
| | EDGE 006721 |
| | EDGE 006723 |
| | EDGE 006724 |
| | EDGE 006725 |
| | EDGE 006726 |
| | EDGE 006732 |
| | EDGE 006733 |
| | EDGE 006734 |
| | EDGE 006735 |
| | EDGE 006736 |
| | EDGE 006737 |
| | EDGE 006738 |
| | EDGE 006740 |
| | EDGE 006741 |
| | EDGE 006745 |
| | EDGE 006746 |
| | EDGE 006748 |
| | EDGE 006749 |
| | EDGE 006750 |
| | EDGE 006756 |
| | EDGE 006758 |
| | EDGE 003116 |
| | EDGE 003129 |
| | EDGE 006794 |
| | EDGE 006827 |
| | EDGE 006849 |
| | EDGE 006857 |
| | EDGE 006869 |
| | EDGE 006870 |
| | EDGE 006871 |

| | |
|---|---|
| | EDGE 006872 |
| | EDGE 006877 |
| | EDGE 006883 |
| | EDGE 006884 |
| | EDGE 006885 |
| | EDGE 006886 |
| | EDGE 006888 |
| | EDGE 006891 |
| | EDGE 006892 |
| | EDGE 006893 |
| | EDGE 006895 |
| | EDGE 006896 |
| | EDGE 006898 |
| | EDGE 006900 |
| | EDGE 006901 |
| | EDGE 006902 |
| | EDGE 006904 |
| | EDGE 006906 |
| | EDGE 006907 |
| | EDGE 006908 |
| | EDGE 006909 |
| | EDGE 006910 |
| | EDGE 006916 |
| | EDGE 006917 |
| | EDGE 006919 |
| | EDGE 006920 |
| | EDGE 006921 |
| | EDGE 006929 |
| | EDGE 006930 |
| | EDGE 006931 |
| | EDGE 006933 |
| | EDGE 006934 |
| | EDGE 006935 |
| | EDGE 006957 |
| | EDGE 006959 |
| | EDGE 006960 |
| | EDGE 006961 |
| | EDGE 006962 |
| | EDGE 006963 |
| | EDGE 006964 |
| | EDGE 006965 |
| | EDGE 006967 |
| | EDGE 006983 |
| | EDGE 006985 |
| | EDGE 003642 |
| | EDGE 003643 |

|  | EDGE 003644 |
|  | EDGE 003645 |
|  | EDGE 007042 |
|  | EDGE 007046 |
|  | EDGE 007048 |
|  | EDGE 007076 |
|  | EDGE 007444 |
| Exhibit Navinder Sarao Interview Report | DOJ-00826254-00826264 |
| Exhibit Navinder Sarao Interview Report | DOJ-00826270-00826286 |
| Exhibit Jitesh Thakkar Interview Transcript | DOJ-00826314-00826343 |
| Exhibit Danqing Wu Interview Transcript | DOJ-00826344-00862400 |
| Exhibit Mitul and Hiral Patel Interview Transcript | DOJ-00826401-00826484 |
| Exhibit Jitesh Thakkar Interview Transcript | DOJ-00826655 |
| Exhibit Navinder Sarao Interview Report | DOJ-00826288-00826313 |
| Exhibit Mitul Patel Phone Call Transcripts | DOJ-00870807-00870832 |
| All exhibits listed on government's exhibit list |  |

Dated: December 7, 2018           Respectfully submitted,

By: */s/ Renato Mariotti*
    Renato Mariotti
    Holly H. Campbell
    THOMPSON COBURN LLP
    55 East Monroe St., 37th Floor
    Chicago, Illinois 60603
    (312) 346-7500
    rmariotti@thompsoncoburn.com
    hcampbell@thompsoncoburn.com

    *Attorneys for Jitesh Thakkar*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, the foregoing was filed electronically with the Clerk of the Court to be served upon all attorneys of record by operation of the Court's electronic filing system.

/s/ Renato Mariotti