UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　v.<br><br>JITESH THAKKAR,<br><br>　　　　Defendant. | Case No. 18-CR-36<br><br>Judge Robert W. Gettleman |

### JITESH THAKKAR'S PROPOSED STATEMENT OF THE CASE

Defendant Jitesh Thakkar respectfully submits the following proposed statement of the case:

Jitesh Thakkar has been charged with two counts of spoofing and one count of conspiracy to commit spoofing. Mr. Thakkar has pleaded not guilty to the charges.

Dated: December 7, 2018

Respectfully submitted,

By: /s/ *Renato Mariotti*
　　Renato Mariotti
　　Holly H. Campbell
　　THOMPSON COBURN LLP
　　55 East Monroe St., 37th Floor
　　Chicago, Illinois 60603
　　(312) 346-7500
　　rmariotti@thompsoncoburn.com
　　hcampbell@thompsoncoburn.com

　　*Attorneys for Jitesh Thakkar*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2018, the foregoing was filed electronically with the Clerk of the Court to be served upon all attorneys of record by operation of the Court's electronic filing system.

                                                /s/ Renato Mariotti