# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:18–cr–00036
                                        Honorable Robert W. Gettleman

Jitesh Thakkar

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2018:

       MINUTE entry before the Honorable Robert W. Gettleman as to Jitesh Thakkar: Pretrial conference held on 12/18/2018. The parties' expert disclosures, demonstrative exhibits and summary charts are to be exchanged by 2/22/2019. Parties are to resubmit to the court an agreed statement of the case in accordance with the Court's direction and file a unified set of jury instructions, suggested *voir dire* questions, motions *in limine*, briefs regarding objections to jury instructions, and the Government's *Santiago* proffer by 2/22/2019. Responses to the motions *in limine* and jury instruction objections due by 3/4/2019. Final Pretrial conference continued to 3/13/2019 at 10:30 a.m. *Voir dire* set for 4/1/2019 is stricken and reset to 3/28/2019 at 9:30 a.m. Jury trial set for 4/1/2019 at 9:30 a.m. though 4/11/2019. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.