# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-36 |
| v. | |
| JITESH THAKKAR, | Judge Robert W. Gettleman |
| Defendant. | |

## JOINT PROPOSED STATEMENT OF THE CASE

The United States of America and Defendant Jitesh Thakkar, through their respective attorneys, submit the following joint proposed statement of the case:

> The defendant, Jitesh Thakkar, has been charged with two counts of spoofing and one count of conspiracy to commit spoofing. Spoofing is bidding or offering with the intent to cancel the bid or offer before execution. [Mr. Thakkar/The defendant][1] has pleaded not guilty to the charges.

Respectfully submitted,

By: */s/ Michael T. O'Neill*
    Mark Cipolletti
    Michael T. O'Neill
    Matthew F. Sullivan
    Trial Attorneys
    1400 New York Avenue, NW
    Washington, D.C. 20530
    (202) 616-2266 (Cipolletti)
    (202) 616-1645 (O'Neill)
    (202) 353-6200 (Sullivan)
    Mark.Cipolletti@usdoj.gov
    Michael.T.ONeill@usdoj.gov
    Matthew.Sullivan2@usdoj.gov

    *Attorneys for the United States of America*

By: */s/ Renato Mariotti*
    Renato Mariotti
    Holly H. Campbell
    THOMPSON COBURN LLP
    55 East Monroe St., 37th Floor
    Chicago, Illinois 60603
    (312) 346-7500
    rmariotti@thompsoncoburn.com
    hcampbell@thompsoncoburn.com

    *Attorneys for Jitesh Thakkar*

---

[1] Mr. Thakkar proposes using "Mr. Thakkar." The government proposes using "The defendant."

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, the foregoing was filed electronically with the Clerk of the Court to be served upon all attorneys of record by operation of the Court's electronic filing system.

/s/ Renato Mariotti