# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 1:18–cr–00036
                                                            Honorable Robert W. Gettleman

Jitesh Thakkar

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 7, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman as to Jitesh Thakkar: Motion hearing held on 3/7/2019. Based on representations during these proceedings, defendant's motion to compel the government to produce documents from the CFTC, U.K. Financial Conduct Authority, Metropolitan Police Service, and other British Authorities [71] is entered and continued to the 3/13/2019 at 10:30 a.m. Final Pretrial Conference. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.