IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| | Case No. 18 CR 36 |
| v. | |
| | Judge Robert W. Gettleman |
| Jitesh Thakkar, | |
| Defendant. | |

## ORDER

Pretrial conference held on 3/13/2019. For the reasons stated on the record and in accordance with the court's instructions, the court issues the following rulings on the parties' pre-trial motions.

Defendant's motion to compel the government to produce documents from the CFTC, U.K. Financial Conduct Authority, Metropolitan Police Service, and other British Authorities [71] is continued to the next pretrial conference; the parties are to confer when the government receives the materials from the CFTC.

Government's motion to admit co-conspirator statements pursuant to Federal Rule of Evidence 801(d)(2)(E) [65] is granted.

Defendant's combined motions *in limine* [69] to bar:
1) References to "market manipulation" is denied in principle;
2) Lay witness opinions that the computer program Sarao used to spoof, or certain functions of the program, could not be used for legitimate strategies and/or would only be used for spoofing is granted in principle;
3) References to the civil action filed by the U.S. Commodity Futures Trading Commission related to the subject matter of this case is granted by agreement;
4) Lay witness testimony characterizing Sarao's trading as "spoofing" or defining "spoofing" is denied in principle;

5) Any witnesses for whom 18 U.S.C. § 3500 material is not timely produced is denied as moot;
6) Any expert testimony not timely disclosed is denied as moot;
7) Any witness not previously disclosed is denied as moot;
8) Any exhibit not previously identified is denied as moot.

Defendant's motion *in limine* to preclude [70] lay opinion testimony from Navinder Sarao is granted in part, denied in part, and reserved in part.

Defendant's motion *in limine* to bar expert testimony of Lisa Pinheiro [87] is withdrawn without prejudice.

Government's consolidated motions *in limine* [73] to:
1) Preclude evidence and argument regarding the defendant's ignorance of the law is granted in principle in part and reserved in part;
2) Preclude evidence and argument regarding the defendant's good conduct is granted in part and denied in part;
3) Preclude evidence and argument regarding the government's investigation and any alleged selective prosecution of the defendant is granted by agreement;
4) Preclude evidence and argument regarding the mental health of the defendant's co-conspirator Navinder Sarao is granted in principle and reserved in part;
5) Preclude evidence and argument regarding offensive and inflammatory remarks made by Navinder Sarao is granted in part, and the parties are to redact the videos as discussed on the record;
6) Permit summary and lay opinion testimony from the government's witnesses regarding, (1) E-mini S & P 500 Futures Contract Trading Data, and (2) software development and programing is granted in part and denied in part;
7) Permit summary and lay opinion testimony from the government's witnesses regarding E-mini S & P 500 Futures Contracts Trading is granted in principle, and the government is to produce materials to the defense as discussed on the record;
8) Admit business records pursuant to Federal Rules of Evidence 803(6) and 902(11) is granted in principle;
9) Admit summary charts of voluminous records pursuant to Federal Rule of Evidence 1006 is granted by agreement in part and denied in part.

Concerning the jury instructions, the court will issue its rulings and provide the parties with an amended set of instructions prior to the next hearing.

The last sentence in the statement of the case is to use the defendant's name.

The parties are to provide the court with a list of all witnesses that are going to be called or named in alphabetical order at the next hearing.

This matter is set for a final pretrial conference on 3/27/2019 at 1:30 p.m.

Date: 3/13/2019

                                        United States District Judge
                                        Robert W. Gettleman