# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JITESH THAKKAR,<br><br>           Defendant. | Case No. 18-CR-36<br><br>Judge Robert W. Gettleman |

**JITESH THAKKAR'S MOTION TO BAR UNTIMELY SUMMARY CHARTS**

Jitesh Thakkar moves this Court to bar the government from presenting untimely disclosed summary charts at trial. In support thereof, Jitesh states as follows:

1. On the eve of trial and a month after the Court's deadline to exchange summary charts, the government seeks to admit new summary charts that are based on information that the government had for years. These new summary charts are untimely and must be excluded from trial.

2. The Court ordered the parties to exchange summary charts by February 22, 2019. December 18, 2018 Order, ECF Dkt. No. 57. Jitesh produced his summary charts to the government on February 22, 2019 and received certain summary charts from the government.

3. On Friday, March 22, 2019 at 4:15 p.m., a month after the Court's deadline for the parties to exchange summary charts, and less than a week before jury selection was set to begin in the case, the government sent an email to the defense notifying them that they sent out new summary charts and other documents to Jitesh's counsel via FedEx. *See* March 22, 2019 Email and Letter, attached hereto as Exhibit A.

- 2 -

4. Jitesh's counsel immediately emailed the government renewing its previous request that the government send any new productions to the defense via email given the proximity to trial. Later that evening, the government sent the production of new documents to Jitesh's attorneys via email.

5. The government's new summary charts appear to rely on voluminous trading data and records such as log files, CME RAPID and ARMADA data, and trading logs. The government has had the data underlying these new summary charts for years.

6. Given that trial is less than a week away, Jitesh's counsel does not have sufficient time to analyze these late summary charts, analyze the data underlying these charts, raise any objections with the government or the Court, and prepare cross-examination related to the charts.

7. Accordingly, Jitesh requests that the Court bar the government from presenting these untimely summary charts at trial.

WHEREFORE, Defendant Jitesh Thakkar respectfully requests that the Court grant his motion, enter an order barring the government from presenting any summary charts produced on March 22, 2019 at trial, and grant such other or further relief as the Court deems proper.

Dated: March 25, 2019

Respectfully submitted,

By: /s/ *Renato Mariotti*
Renato Mariotti
Holly H. Campbell
THOMPSON COBURN LLP
55 East Monroe St., 37th Floor
Chicago, Illinois 60603
(312) 346-7500
rmariotti@thompsoncoburn.com
hcampbell@thompsoncoburn.com

*Attorneys for Jitesh Thakkar*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2019, the foregoing was filed electronically with the Clerk of the Court to be served upon all attorneys of record by operation of the Court's electronic filing system.

                                               /s/ Renato Mariotti