# EXHIBIT A

| | |
|---|---|
| **From:** | Zahir, Najia (CRM) <Najia.Zahir@usdoj.gov> |
| **Sent:** | Friday, March 22, 2019 4:15 PM |
| **To:** | Mariotti, Renato; Campbell, Holly H. |
| **Cc:** | Sullivan, Matthew (CRM); Cipolletti, Mark (CRM); O'Neill, Michael (CRM) |
| **Subject:** | U.S. v. Thakkar, No. 18 CR 36 |
| **Attachments:** | 2019.03.22 Letter to Mariotti.pdf; Government Exhibit List.pdf |

Counsel,

A production of discovery is being sent out to you today via Federal Express with the tracking number: 7747 7784 0577

Please find attached the cover letter and index for this production as well as an updated copy of the Second Amended Exhibit list that highlights this production's additions and changes. The password to access the encrypted flash drive containing today's production is: ███████

The flash drive is encrypted with BitLocker protection. Please let me know if you have any questions or issues accessing the enclosed materials.

Thank you,
Najia

**Najia Zahir**
U.S. Department of Justice
Criminal Division, Fraud Section
Contractor - CACI
1400 New York Ave. N.W.
Washington, D.C. 20005
Office: (202) 616-5675
Cell: (202) 203-9918

1



U.S. Department of Justice

Criminal Division

*Fraud Section*  　　　　　　　　　　　　　　　　　*Washington, D.C. 20530*

March 22, 2019

<u>VIA EMAIL AND FEDERAL EXPRESS</u>

Renato T. Mariotti
Thompson Coburn LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603

　　Re:　***United States v. Jitesh Thakkar***, No. 18 CR 36

Mr. Mariotti:

　　Pursuant to Federal Rule of Criminal Procedure 16, Local Criminal Rule 16.1, the Protective Order Governing Discovery entered in this case on March 8, 2018 (*see* ECF No. 26), and the Court's Order entered in this case on August 22, 2018 (*see* ECF No. 47 (Minute Entry)), enclosed please find one flash drive along with an index enclosed at Attachment A describing the various materials contained in the flash drive. The enclosed drive is encrypted, and the password will be provided to you via email. The materials in the drive include the following:

1. Bates-stamped slip-sheet for Decompiled NAVTrader programs derived from materials previously produced bearing Control Nos. 28 and 46 in the Government's March 2, 2018 discovery production.

2. Supplemental Government Exhibits marked as Government Exhibits 75-A, 606-A, 607-A, 607-B, 607-C, 608-A, 609-A, and 616-A, which include printouts of links embedded in emails previously produced to you and marked as exhibits on the Government's Amended Exhibit List

3. Replacement Government Exhibits previously marked and identified as Government Exhibits 283, 1027, and 1028. These replacement versions supersede the versions previously identified and produced to you, and include non-substantive edits or more complete versions of email families.

-2-

4. New Fed. R. Evid. 1006 Summary Exhibits & Demonstratives: Government Exhibits 1030, 1031, and 1032.

5. Government Exhibits 801-1 and 802-1, which are video clips derived from GX 801 and GX 802, respectively, as described in the government's email message dated March 20, 2019, and the enclosed index.

Should you have any questions or wish to discuss any of the foregoing, please contact us at (202) 616-1545 (Michael T. O'Neill) or (202) 353-6200 (Matthew F. Sullivan).

    Sincerely,

    ROBERT A. ZINK
    Acting Chief
    Fraud Section, Criminal Division
    United States Department of Justice

By:     */s/ Michael T. O'Neill*
    Michael T. O'Neill & Matthew F. Sullivan
    Trial Attorneys

**Attachment A**
Government's March 22, 2019 Production
*United States v. Jitesh Thakkar*, No. 18 CR 36

| | Production of Slip-sheet and Supplemental Materials | | | |
|---|---|---|---|---|
| **Control No.** | **Description** | **Beg Doc** | **End Doc** | **Produced to Thakkar on (Media)** |
| 91 | Bates-stamped slip-sheet for Decompiled NAVTrader programs derived from materials previously produced bearing Control Nos. 28 and 46 in the Government's March 2, 2018 discovery production. | DOJ-00872139 | DOJ-00872139 | Via Electronic Mail |
| 107 | Supplemental Government Exhibits marked as Government Exhibits 75-A, 606-A, 607-A, 607-B, 607-C, 608-A, 609-A, 616-A. | DOJ-00872140 | DOJ-00872172 | Via Electronic Mail |

| | Production of Replacement and New Exhibits (Fed. R. Evid. 1006 Summary Exhibits & Demonstratives) | | |
|---|---|---|---|
| **Exhibit Number** | **Date** | **Description** | **Bates Number** |
| 283 | 2015.04.24 | Email from Jitesh Thakkar to Zhouhao Lu with Attachment | DOJ-00729853 DOJ-00729854 |
| 801-1 | 2013.02.25 | Clip of video file "25th feb13 20.14.MTS" from 00.00 to 01.40 seconds (from approx. 00:00 to approx. 01:40 of GX 801) | DOJ-00826963 |
| 802-1 | 2013.03.08 | Clip of video file "8th March13 15.59.MTS" from 00.00 to 01.48 seconds (from approx. 09:32 to approx. 11:20 of GX 802) | DOJ-00826963 |

**Attachment A**
Government's March 22, 2019 Production
*United States v. Jitesh Thakkar*, No. 18 CR 36

| | | | |
|---|---|---|---|
| 1027 | n/a | F.R.E. 1006 Summary of Sell-Side Back-of-Book Order on February 25, 2013 (e.g. DOJ-00826957 / Log file for 2/25/2013:\MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG, DOJ-00826966, DOJ-00206415 through DOJ-00206890) | n/a |
| 1028 | n/a | F.R.E. 1006 Summary of Sell-Side Back-of-Book Order on March 8, 2013 (e.g. DOJ-00826957 / Log file for 2/25/2013:\MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG, DOJ-00826966, DOJ-00206415 through DOJ-00206890) | n/a |
| 1030 | n/a | F.R.E. 1006 Summary of Sarao's Gain During Back-of-Book on February 25, 2013 (e.g. DOJ-00826957 / Log file for 2/25/2013:\MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG, DOJ-00826966, DOJ-00206415 through DOJ-00206890) | n/a |
| 1031 | n/a | F.R.E. 1006 Summary of Sarao's Gain During Back-of-Book on March 8, 2013 (e.g. DOJ-00826957 / Log file for 2/25/2013:\MJM-CR-16 (Samsung USB3 1TB HDD)\Scylla\logs\OrderManager.log.02252013.LOG, DOJ-00826966, DOJ-00206415 through DOJ-00206890) | n/a |
| 1032 | n/a | Demonstrative of Difference in Transaction Values During Back-of-Book Activation | n/a |