# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                Case No.: 1:18–cr–00036

                                                      Honorable Robert W. Gettleman

Jitesh Thakkar

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman as to Jitesh Thakkar: Final pretrial conference and motion hearing held on 3/27/2019. Jitesh Thakkar's emergency motion to exclude the government's untimely proposed ostrich instruction [91] is granted. Jitesh Thakkar's motion to bar untimely summary charts [94] is granted. The government's summary charts can be used as demonstrative evidence but not as summary chart exhibits under Federal Rules of Evidence 1006. Jitesh Thakkar's motion to admit the entirety of his recorded FBI interviews [96] is withdrawn by agreement. Defendant Jitesh Thakkar's motion to compel the government to produce documents form the CFTC, U.K. Financial Conduct Authority, Metropolitan Police Service and other British Authorities [71] is granted by agreement. The court ruled on preliminary jury instructions as set forth on the record. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.