IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jitesh Thakkar,<br><br>Defendant, | Case No. 18 cr 036<br><br>Judge Robert W. Gettleman |

## ORDER

Jury Trial begins. Voir dire begun and concluded. Trial adjourned to 4/1/2019 at 9:30 a.m.

(5:00)

Date: 3/28/2019

_____
United States District Judge
Robert W. Gettleman