# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                        Case No.: 1:18–cr–00036
                                                        Honorable Robert W. Gettleman

Jitesh Thakkar

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2019:

      MINUTE entry before the Honorable Robert W. Gettleman as to Jitesh Thakkar: Motion hearing held on 4/4/2019. Oral argument held on defendant's motions. For the reasons stated on the record, Jitesh Thakkar's motion for judgment of acquittal [105] is granted in part and denied in part. The Court grants defendant's motion for judgment of acquittal on Count 1 of the Indictment. The Court denies defendant's motion for judgment of acquittal on Counts 2 and 3. In accordance with this ruling, the Court will not give the *Pinkerton* jury instruction. Counts 2 and 3 will be given to the jury only on aiding and abetting. Defendant Jitesh Thakkar's motion to preclude jury instruction on aiding and abetting and for theory of defense instruction, or, in the alternative, for statute of limitations instruction [106] is denied. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.