# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

United States of America,

Plaintiff,

v.

Jitesh Thakkar,

Defendant,

Case No. 18 cr 036

Judge Robert W. Gettleman

## ORDER

Jury trial resumed. Jury deliberations resumed and concluded. The jury failed to reach a unanimous verdict. Jury discharged. The Court has declared a mistrial. This matter is set for a status hearing on 4/10/2019 at 9:30 a.m.

(00:20)

*Robert W. Gettleman*

Date: 4/9/2019

United States District Judge
Robert W. Gettleman