UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JITESH THAKKAR | CASE NUMBER: 18 CR 36<br><br>Judge Robert W. Gettleman |

## UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE

The United States of America moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss with prejudice the Indictment in this case. In addition, the United States respectfully requests that the Court vacate the status hearing previously scheduled for April 25, 2019, as the instant motion renders the need for such a hearing moot.

Dated: April 23, 2019

                                            Respectfully submitted,

                                            ROBERT A. ZINK
                                            Acting Chief, Fraud Section
                                            Criminal Division
                                            U.S. Department of Justice

                    By:    */s/ Michael T. O'Neill*
                                            Mark J. Cipolletti
                                            Michael T. O'Neill
                                            Matthew F. Sullivan
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            1400 New York Avenue, NW
                                            Washington, D.C. 20530
                                            (202) 616-2266 (Cipolletti)
                                            (202) 616-1645 (O'Neill)
                                            (202) 353-6200 (Sullivan)

-2-

Mark.Cipolletti@usdoj.gov
Michael.T.ONeill@usdoj.gov
Matthew.Sullivan2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Michael T. O'Neill, hereby certify that on April 23, 2019, I caused the foregoing Government's Motion to Dismiss Indictment with Prejudice to be electronically filed with the Clerk of Court by using the Court's electronic CM/ECF filing system, which will automatically send a notice of electronic filing to all parties.

                                             */s/ Michael T. O'Neill*
                                             Michael T. O'Neill
                                             Trial Attorney
                                             U.S. Department of Justice